UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MALIBU MEDIA, LLC,            )
                              )
    Plaintiff,                )   Civil Case No. 2:13-cv-00729-JES-DNF
                              )
v.                            )
                              )
TONY ZUMBO,                   )
                              )
    Defendant.                )
_____)

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH THE PARTIES ARE REQUIRED TO HOLD A SCHEDULING MEETING AND FILE A CASE MANAGEMENT REPORT**

Plaintiff, Malibu Media, LLC ("Plaintiff"), hereby moves for entry of an order extending the time within which the parties are required to hold a scheduling meeting and submit a Case Management Report, and states:

1.    On November 15, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP in order to obtain Defendant's true identity. *See* CM/ECF 6. Plaintiff issued the subpoena on November 20, 2013, and received the ISP's response on January 10, 2014.

2.    Pursuant to the Related Case Order and Track Two Notice entered on November 14, 2013 (CM/ECF 5), the parties were required to "meet within sixty (60) days after service of the complaint upon any defendant for the purpose of preparing and filing a Case Management Report." Defendant was served on February 7, 2014, meaning the Case Management Report was due on or about April 8, 2014.

1

3. The Case Management Report form requires counsel for the parties to meet "in person and not by telephone absent an order permitting otherwise [and] Counsel will meet in the Middle District of Florida, unless counsel agree on a different location." *See* CM/ECF 5, at p. 6.

4. Plaintiff's counsel is located in Miami, FL and defense counsel is located in Jacksonville, FL. As such, counsel for the parties are currently in the process of scheduling a mutually convenient place and time for an in-person meeting in Orlando to discuss the case plan and prepare the Case Management Report, which should occur within the next thirty (30) days.

5. Procedurally, Plaintiff respectfully requests that the Court enter an order extending the time within which the parties are required to hold the scheduling conference and submit their Case Management Plan by thirty (30) days, or until June 18, 2014.

6. This request is made in good faith and not made for the purpose of undue delay.

7. None of the parties would be prejudiced by the granting of this motion.

8. Counsel for Plaintiff conferred with defense counsel with regard to the relief requested herein. Defendant does not oppose the requested extension.

WHEREFORE, Plaintiff respectfully requests that the time within which the parties must hold the scheduling meeting and submit their Case Management Report be extended until June 18, 2014. A proposed order is attached for the Court's convenience.

Dated: May 19, 2014

    Respectfully submitted,

    By: /s/ *M. Keith Lipscomb*
    M. Keith Lipscomb (429554)
    klipsomb@lebfirm.com
    LIPSCOMB, EISENBERG & BAKER, PL
    2 South Biscayne Blvd., Penthouse 3800
    Miami, FL 33131
    Telephone: (786) 431-2228
    Facsimile:  (786) 431-2229
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 19, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

    By: /s/ *M. Keith Lipscomb*