UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MALIBU MEDIA, LLC,

      Plaintiff,

v.                              Case No: 2:13-cv-729-FtM-29DNF

TONY ZUMBO,

      Defendant.
_____

### ORDER

    This cause is before the Court on the Case Management Report (Doc. No. 22) filed July 15, 2014. As indicated in the report, the parties have agreed to consent to proceed before a United States Magistrate Judge for all proceedings. In order for the parties to proceed in this manner, all parties must sign a Consent to Exercise of Jurisdiction by a United States Magistrate Judge form, attached hereto, and agree that any appeal shall be taken to the United States Court of Appeals.

    If all parties desire to consent, this form must be filed with the Clerk of Court within fourteen (14) days from the date of this order. Absent a written consent, the case will be placed on the District Judge's trial calendar.

    **DONE and ORDERED** at Fort Myers, Florida, this 23rd day of July, 2014.

                                              JOHN E. STEELE
                                              UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                    Case No: 2:13-cv-729-FtM-29DNF

TONY ZUMBO,

    Defendant.

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

    Notice of a magistrate judge's availability. A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

    You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case,

    *Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### REFERENCE ORDER

    IT IS ORDERED that this case be referred to a UNITED STATES MAGISTRATE JUDGE for all further proceedings and order the entry of a final judgment in accordance with 28 U.S.C. 636c), Fed. R. Civ. P. 73.

| DATE | UNITED STATES DISTRICT JUDGE |
|---|---|

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE. DO NOT RETURN THIS FORM TO A JUDGE.